FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 12 2001

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

The Honorable Barbara Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES GENE HOGG,

    Plaintiff,

vs.

CITY OF SEATTLE, SHAWN KARR, his wife and marital Community,

    Defendants.

No. C01-0181R

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**[CLERK'S ACTION REQUIRED]**

IT IS HEREBY STIPULATED by and between counsel for the plaintiff, Charles Gene Hogg, and counsel for the defendants, Shawn Karr, his wife and marital community, and the City of Seattle, that the above captioned case may be dismissed with prejudice and without the award of costs to any party.

DATED this 30 day of April, 2001.

THE LAW FIRM OF RICHARD A. COLE, P.S.

By: _____
RICHARD A. COLE, WSBA #18864

Attorney for Plaintiff

MARK H. SIDRAN
Seattle City Attorney

By: _____
BRUCE HORI, WSBA #15789
Assistant City Attorney

Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

Stip-Dismissal

**ORIGINAL**

Mark H. Sidran
Seattle City Attorney
600 Fourth Avenue, 10th Floor
Seattle, WA 98104-1877
(206) 684-8200

# ORDER

This matter coming before the court upon the foregoing stipulation, it is therefore ordered that the above captioned matter between the plaintiff, Charles Gene Hogg, and the defendants, Shawn Karr, his wife and marital community, and the City of Seattle, be dismissed with prejudice and without the award of costs.

DONE this 11th day of May, 2001.

BARBARA ROTHSTEIN, JUDGE

Presented by:

MARK H. SIDRAN
Seattle City Attorney

By: _____
BRUCE HORI, WSBA #15789
Assistant City Attorney
Attorneys for Defendants

Approved for entry:

THE LAW FIRM OF RICHARD A. COLE, P.S.

By: _____
RICHARD A. COLE, WSBA #18864
Attorney for Plaintiff

_____
CHARLES GENE HOGG, Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2

Stip & Order of Dismissal

Mark H. Sidran
Seattle City Attorney
600 Fourth Avenue, 10th Floor
Seattle, WA 98104-1877
(206) 684-8200